18 A.3d 1094

**Scott A. LAICH, Appellant**

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Jeffrey A. Beard (Secretary of Corrections), Gerald Rozum (Superintendent SCI–Somerset), Jack Loughry (Business Manager), Delores Chaney (Inmate Accounts), M. Bentz (Inmate Accounts Supervisor), Dorinda Varner (Chief Grievance Officer), Appellees.**

Supreme Court of Pennsylvania.

April 28, 2011.

## ORDER

PER CURIAM.

**AND NOW,** this 28th day of April, 2011, the order of the Commonwealth Court is hereby **AFFIRMED.**

Jurisdiction relinquished.